**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOLLY CROSS**                                                    **PLAINTIFF**

**v.**                            **No. 3:25-cv-00206-BSM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                  **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The

Commissioner's decision is reversed, and the case is remanded to the Commissioner

for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and

*Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 9 April 2026.


_____
UNITED STATES MAGISTRATE JUDGE