# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JOLLY CROSS**                                                                **PLAINTIFF**

**v.**                            **CASE NO. 3:25-CV-00206-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                              **DEFENDANT**

## ORDER

The parties have filed a stipulation to an award of attorney fees under the Equal Access to Justice Act (EAJA). *See* Doc. No. 17. Accordingly, Jolly Cross is awarded attorney fees in the amount of $8000 in full and final satisfaction of his claims for fees, expenses, and costs under the EAJA. This fee award will be paid to Cross unless he has an outstanding debt to the United States, in which case the award can be taken by the United States and applied to Cross's outstanding debt. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). If Cross does not owe an outstanding debt to the United States, he can assign this award to his lawyer.

IT IS SO ORDERED this 13th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE